AO 91 (Rev. 08/09) Criminal Complaint

FILED
SCRANTON

MAR 0 3 2014

PER ___MS___
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America )
v. )
) Case No. 3:14 MJ - 021 - 01 + 02
JAMES HUGHES and )
CINDY CONDEN )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/23/13 through 1/10/14__ in the county of __Luzerne__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 1951(a) Interference with Commerce by Threats or Violence (Hobbs Act) and 18 U.S.C. Sec. 2 Aiding and Abetting | The defendants, aiding and abetting each other, and aided and abetted by others, did unlawfully obstruct, delay and affect commerce by robbery in that the defendants did aid and abet in the unlawful taking of personal property, U.S. currency, from the person and in the presence of another against the will of those persons by means of actual and threatened force, violence and fear of injury to their persons on January 7, 2014; |
| 18 U.S.C. Sec. 4 Misprision of Felony | The defendants, having knowledge of the actual commission of a felony, concealed and did not as soon as possible make known the same to some judge or other person in authority under the United States. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

SA Shawn McMillen, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/03/2014__

_____
Judge's signature

City and state: __Scranton, Pennsylvania__   Thomas M. Blewitt, U.S. Magistrate Judge
*Printed name and title*